UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:15-CV-24774-PAS

DOUGLAS LONGHINI, individually,

    Plaintiff,

v.

TOYS "R" US-DELAWARE, INC. d/b/a
BABIES "R" US, a foreign corporation,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, DOUGLAS LONGHINI, by and through his undersigned counsel, hereby notifies the Court that he has reached a settlement of all disputed issues in this lawsuit with Defendant, TOYS "R" US-DELAWARE, INC., a foreign corporation. The parties are diligently working on their settlement agreement, and will thereafter submit a joint stipulation of dismissal with prejudice of this lawsuit (expected within twenty (20) days of the date hereof).

Date: April 26, 2016

Respectfully submitted,

**ESPINOSA LAW GROUP**
10625 N. Kendall Dr.
Miami, FL 33176-1510
Tel.: 352-219-1974
E-mail: service@espinosalawgroup.com
E-mail: despinosa@espinosalawgroup.com

By: */s/ Daniel A. Espinosa*
    DANIEL ALBERTO ESPINOSA
    Florida Bar No. 81686
    Jorge Padilla
    Florida Bar No. 0054517

*Counsel For The Disabled*

CASE NO: 1:15-CV-24774-PAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) on this <u>26th</u> day of <u>April</u>, 2016.

By: */s/ Daniel A. Espinosa*
Daniel Alberto Espinosa, Esq.
Florida Bar No. 81686

CASE NO: 1:15-CV-24774-PAS

## SERVICE LIST

**DOUGLAS LONGHINI V. TOYS "R" US-DELAWARE, INC. d/b/a
BABIES "R" US, a foreign corporation,
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)
CASE NO: 1:15-CV-24774-PAS**

Jenna Rinehart Rassif, Esq.
JACKSON LEWIS, P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Email: Jenna.Rassif@JacksonLewis.com

*Counsel for Defendant*

Nicholas P. Banegas, Esq.
JACKSON LEWIS, P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Email:Nicholas.Banegas@JacksonLewis.com

*Counsel for Defendant*

Mendy Halberstam, Esq.
JACKSON LEWIS, P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Email: Mendy.Halberstam@JacksonLewis.com

*Counsel for Defendant*