UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24774-CIV-SEITZ/TURNOFF

DOUGLAS LONGHINI,
    Plaintiff,

vs.

TOYS "R" US-DELAWARE, INC.,
    Defendant.
_____/

## FINAL DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice [DE-19]. Upon consideration, it is

ORDERED that:

1. This case is DISMISSED with prejudice.

2. All pending motions are DENIED as moot.

3. Each party shall bear its own costs and fees.

4. This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 24th day of May, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record